1  Lawrence P. Ebiner (CA State Bar No. 122293)
   E-mail: larry.ebiner@bryancave.com
2  Jonathan G. Fetterly (CA State Bar No. 228612)
3  E-mail: jon.fetterly@bryancave.com
   Patrick J. Hagan (CA State Bar No. 266237)
4  Patrick.hagan@bryancave.com
5  BRYAN CAVE LLP
6  800 West Olympic Boulevard, 4th Floor
   Los Angeles, California 90015
7  Telephone: (213) 572-4300
8  Facsimile: (213) 572-4400
9
   Attorneys for Defendants
10 U.S. BANCORP and U.S. BANK N.A.

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                   WESTERN DIVISION

15                        CV12- 06076 JFW (Ex)

16 THOMAS HRONIS, AN INDIVIDUAL,     CASE NO.:

17              Plaintiff,           BURBANK SUPERIOR COURT CASE
18                                   NO.: EC056404
         v.
19
20 U.S. BANCORP, A DELAWARE          **NOTICE OF REMOVAL OF CIVIL
   CORPORATION, and DOES 1 – 10      ACTION TO UNITED STATES
21 INCLUSIVE,                        DISTRICT COURT PURSUANT TO
                                     28 U.S.C. SECTIONS 1441, 1446
22                                   (SUBJECT MATTER and
              Defendants.           DIVERSITY)**
23

24

25

26

27

28

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1441 AND 1446

1    **TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT**
2    **OF CALIFORNIA, and PLAINTIFF AND HIS ATTORNEY OF RECORD:**

3    **PLEASE TAKE NOTICE** that Defendant U.S. Bank N.A. by and through its
4    counsel, Bryan Cave LLP, hereby removes this pending action from the Superior
5    Court of the State of California for the County of Los Angeles, to the United States
6    District Court for the Central District of California pursuant to 28 U.S.C. Sections
7    1441 and 1446.  As grounds for the removal, Defendants state as follows:

8    **I.    Jurisdiction**

9    **A.**    <u>Subject Matter</u>:  This Court has original jurisdiction over this action
10   under 28 U.S.C. Section 1331, and this action can be properly removed under 28
11   U.S.C. Section 1441, because the Plaintiff has asserted a claim arising under the laws
12   of the United States.  Plaintiff has alleged a violation of 15 U.S.C. Section 1681, *et*
13   *seq.* the Fair Credit Reporting Act ("FCRA") which provides this Court with federal
14   question jurisdiction.  Pursuant to 15 U.S.C. Section 1681p, FCRA actions may be
15   brought "in any appropriate United States district court..."

16   **B.**    <u>Diversity</u>:  As a separate an independent basis for jurisdiction, this Court
17   has original jurisdiction under 28 U.S.C Section 1332, and this action can be properly
18   removed under 28 U.S.C. Section 1441, because it is a civil action between citizens of
19   different states wherein the amount in controversy exceeds the sum of $75,000.00.

20   The citizenship of the parties is as follows:

21   • U.S. Bank is informed and believes that Plaintiff Tom Hronis resides in the
22   state of Illinois.  (*See* Declaration of Jonathan Fetterly ("Fetterly Decl."), ¶¶
23   4 – 6, attached as Exhibit B).

24   • Defendant U.S. Bancorp is, and at all relevant times was, a Delaware
25   corporation with its principle place of business in Minneapolis, Minnesota.
26   (Fetterly Decl. ¶ 2, attached as Exhibit B).

27   / / /
28   / / /

- Defendant U.S. Bank N.A. is, and at all relevant times was, a national banking association organized under the laws of the United States with its main office in Cincinnati, Ohio.[1]  (Fetterly Decl. ¶ 3, attached as Exhibit B).

Thus, there is complete diversity of citizenship among the parties.

Additionally, the amount in controversy exceeds $75,000.00.  Where a plaintiff can recover compensatory damages and attorneys' fees the Court must consider said remedies when determining whether the amount in controversy exceeds the minimum jurisdictional requirement. *Simmons v. PCR Technology*, 209 F.Supp.2d 1029, 1035 (N.D. Cal. 2002).  Plaintiff alleges damages totaling $275,000, plus attorneys fees. (Comp. 4:16-28).  Thus, given that Plaintiff is claming $275,000.00 in compensatory damages plus attorney fees, Plaintiff's alleged damages exceed the $75,000.00 amount in controversy requirement.

## II.   Basis for Removal

On July 15, 2011, Plaintiff Thomas Hronis filed a complaint against defendant U.S. Bancorp in the Superior Court of California, County of Los Angeles, Case No. EC056404 ("State Action").  A true and correct copy of the Complaint in the State Action is submitted as part of the pleadings and process attached as Exhibit A.

On May 22, 2012, Plaintiff filed an Amendment to Complaint substituting U.S. Bank N.A. for Doe #1 in the Complaint.  A true and correct copy of the Amendment to Complaint is submitted as part of the pleadings and process attached as Exhibit A.

On June 15, 2012, Plaintiff served U.S. Bank N.A. with the Summons, Complaint and Amendment to Complaint.  That same day, Plaintiff filed a Proof of Service evidencing his service of the summons and Complaint on U.S. Bank N.A.  A true and correct copy of the Proof of Service is submitted as part of the pleadings and process attached as Exhibit A.

---

[1] For purposes of diversity jurisdiction, a national bank is a citizen of the State in which its main office, as set forth in its articles of association, is located. *Wachovia Bank N.A. v. Schmidt*, 546 U.S. 303, 306-307.

In paragraphs 11-14 of the Complaint, Plaintiff alleges a civil claim against U.S. Bank N.A. arising under 15 U.S.C. Section 1681, *et seq.*, the FCRA. The FCRA claim arises under the laws of the United States. As such, this Court has original jurisdiction over those claims under 28 U.S.C. Section 1331, and the State Action may be removed to federal court pursuant to 28 U.S.C. Section 1441(a), (b). This Court has supplemental jurisdiction over all other claims asserted by Plaintiff in accordance with 28 U.S.C. Sections 1367(a) and 1441 (c).

Additionally, as set forth above, the State Action is a civil action between citizens of different states wherein the amount in controversy exceeds the sum of $75,000.00. As such, this Court has original jurisdiction over all claims in the State Action under 28 U.S.C. Section 1332, and the State Action may be removed to federal court pursuant to 18 U.S.C. Section 1441(a), (b).

**III.   The Removal Notice Is Timely**

Plaintiff served Defendant U.S. Bank N.A. with the Summons and Complaint on June 15, 2012, making service effective on that date. Cal. Code Civ. Proc. § 415.10. Pursuant to 28 U.S.C. § 1446 and Rule 6 of the Federal Rules of Civil Procedure ("FRCP"), the deadline for U.S. Bank N.A. to file its notice of removal is Monday, July 16, 2012. This Notice of Removal is therefore timely.

**IV.   Pleadings and Process**

A.   <u>Parties</u>: Defendant U.S. Bank N.A. brings this Notice on its own behalf.

B.   <u>Process</u>: Attached hereto as Exhibit A and incorporated by reference herein, are copies of all process, pleadings and orders served on defendants U.S. Bancorp and U.S. Bank N.A. in the State Action. See 28 U.S.C. 1446(b).

C.   <u>Proper Court</u>: This Court is part of the district and division embracing the place where this action was filed – Los Angeles County, California. See 28 U.S.C. § 1446(a).

/ / /

3

D.    Notice:  Upon filing this Notice of Removal, U.S. Bank N.A. will promptly give written notice to Plaintiff's counsel and file a copy of that notice with the Clerk of the Superior Court for the State of California, County of Los Angeles.  A true and correct copy of the Notice of Removal that U.S. Bank N.A. will serve on Plaintiff's counsel and file with the Clerk is attached hereto as Exhibit C.

E.    Joinder by Co-Defendant:  Defendant U.S. Bancorp joins U.S. Bank N.A. in this Notice of Removal.  *See* Joinder in Removal of Civil Action, filed concurrently herewith.

F.    Signature:  This Notice of Removal is signed pursuant to Rule 11 of the FRCP.  See U.S.C. § 1446(a).

G.    By removing on the basis of subject matter jurisdiction, U.S. Bank N.A. does not concede or make any admissions relating to the merit and/or value of Plaintiff's allegations, claims or damages.  U.S. Bank N.A. denies the material allegations contained in the Complaint, generally and specifically.

WHEREFORE, this action should proceed in the United States District Court for the Central District of California, as an action properly removed thereto.

Dated: July 13, 2012

BRYAN CAVE LLP

By: _____
Lawrence P. Ebiner
Jonathan G. Fetterly
Patrick J. Hagan
Attorneys for Defendants U.S. BANCORP and
U.S. BANK N.A.

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1441 AND 1446

EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

U.S. Bancorp, ~~ET AL~~ a Delaware Corporation,
And DOES 1- 10 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Thomas Hronis, an Individual

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
LOS ANGELES SUPERIOR COURT

JUL 15 2011

JOHN A. CLARKE, CLERK
BY N. CARRILLO, DEPUTY

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* 300 East Olive Avenue <br> Burbank, CA 91502 | CASE NUMBER: <br> *(Número del Caso):* EC056404 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Thomas Hronis 11054 Ventura Blvd. #372, Studio City, CA 91604, Telephone 323-252-4830

| DATE: July 15, 2011 <br> *(Fecha)* | JOHN A. CLARKE CLERK | Clerk, by <br> *(Secretario)* | Carrillo | , Deputy <br> *(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]
SUPERIOR COURT LOS ANGELES COUNTY CALIFORNIA

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: U.S. Bancorp

     under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
           ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

1    Thomas Hronis
     11054 Ventura Blvd. #372
2    Studio City, CA 91604
     Telephone: 323-252-4830
3    Email: roaps@yahoo.com

4    Plaintiff, In Pro Per

ORIGINAL FILED

JUL 15 2011

LOS ANGELES
SUPERIOR COURT

5

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8       COUNTY OF LOS ANGELES, NORTH CENTRAL DISTRICT, BURBANK COURTHOUSE

9    Thomas Hronis, an Individual,          CASE NO:    EC056404

10   Plaintiff,

11         Vs,                              COMPLAINT FOR BREACH OF
                                            CONTRACT, NEGLIGENT VIOLATION
12   U.S. Bancorp, a Delaware Corporation,  OF FAIR CREDIT REPORTING ACT,
     And DOES 1 - 10 inclusive,             INTENTIONAL INFLICTION OF
13                                          EMOTIONAL DISTRESS
     Defendants
14

15

16       Plaintiff, Thomas Hronis, alleges as follows:

17                         FIRST CAUSE OF ACTION

18                         (Breach of Contract)

19       1. At all times herein mentioned, Plaintiff Thomas Hronis is an

20          individual and President of Camden Technologies, a California

21          Corporation.

22       2. The contract and obligations, which are the basis of this action,

23          were entered into and were to be performed in the County of Los

24          Angeles, State of California.

25       3. Defendant U.S. Bancorp is a national bank and is authorized to do

26          business in the State of California.

27       4. Defendants named herein as DOES 1 through 10, inclusive whether

28          corporate, individual, consultant, or otherwise are not known to

            Plaintiff at this time, which therefore, sues Defendants by their

                                     1

1    fictitious names.  As names and duties of these Defendants are made

2    certain, Plaintiff will seek leave to amend this Complaint.

3    5. A $25,000. commercial line of credit agreement was executed between

4    Camden and Defendant U.S. Bancorp in July, 2008. Defendant U.S.

5    Bancorp designated Plaintiff Hronis as a guarantor of the line of

6    credit. Plaintiff Hronis was not asked to waive any California Civil

7    Codes as guarantor. (Exhibit A – Contract)

8    6. Camden has advanced approximately $23,000. of the line of credit

9    from Defendant U.S. Bancorp since July, 2008 and has consistently

10   made timely payments on a monthly basis on the balance

11   through May, 2011.  Camden is currently 30 days past due on the last

12   requested monthly payment in June, 2011.

13   7. Defendant U.S. Bancorp sent Camden notification via U.S. mail that

14   it was 30 days past due on its June, 2011 payment.  Defendant U.S.

15   Bank did not send any personal correspondence to Plaintiff Hronis

16   and did not ask him to perform as guarantor of the loan.

17   8. Plaintiff Hronis had good credit as of Jun 5, 2011 and had no

18   delinquencies on his credit report.  (Exhibit B)

19   9. Defendant U.S. Bancorp breached its contract with Camden and

20   Plaintiff Hronis and violated California Civil Code Section 2845 by

21   informing credit bureaus Transunion, Equifax, and Experian that

22   Plaintiff Hronis was personally past due and in default on Camden's

23   commercial line of credit. Defendant U.S. Bancorp made no effort to

24   first pursue any legal action against Camden, the principal debtor.

25   10.    Credit bureaus Transunion, Equifax, and Experian recorded the

26   default sent by Defendant U.S. Bank as a delinquency on Plaintiff

27   Hronis' July, 2011 credit reports.  Plaintiff Hronis credit rating

28   immediately fell to negative "D" and "F" status by the credit

bureaus, as a result of Defendant U.S. Bank's actions. (Exhibit C)

2

### SECOND CAUSE OF ACTION
#### (Negligent Violation of Fair Credit Reporting Act)

11.   Plaintiff Hronis re-alleges paragraphs 1 through 10 inclusive, above and incorporates the same herein as though set forth in full.

12.   In July 2011, Defendant U.S. Bancorp violated Plaintiff Hronis' consumer rights under Section 617 of the Fair Credit Reporting Act by contacting credit bureaus Equifax, Transunion, and Experian, and falsely reporting that Plaintiff Hronis was delinquent on a corporate line of credit between Camden and Defendant U.S. Bank.

13.   In July, 2008, after being notified of a new poor credit rating by the credit bureaus due to the bank delinquency, Plaintiff Hronis contacted Defendant U.S. Bancorp via telephone and was advised by bank manager Vicky Ly that the bank didn't need to notify Hronis of the delinquency and that she was in Oregon and was unaware of California law.

14.   Defendant U.S. Bancorp had a duty to properly hire, train, and educate all bank personnel so as to prevent violation of Plaintiff Hronis' rights under the Fair Credit Reporting Act.  Defendant U.S. Bancorp overlooked those rights and breached the duty of care owed to Plaintiff Hronis.  Hronis' reputation with multiple creditors has been damaged as a result of the bank's actions.

### THIRD CAUSE OF ACTION
#### (Intention Infliciton of Emotional Distress)

15.   Plaintiff Hronis re-alleges paragraphs 1 through 13 inclusive, above and incorporates the same herein as though set forth in full.

16.   In July, 2008, after being notified by the credit bureaus of the bank delinquency, Plaintiff Hronis contacted Defendant U.S. Bancorp via telephone and was advised by bank manager Vicky Ly that the delinquent item would not be removed from the credit report and that

1     Hronis needed to immediately perform on the loan.  Ms. Ly was also

2     unwilling to listen to Hronis' plea and references to specific

3     California civil codes against the bank's actions, but Ms. Ly did

4     not offer any assistance and wouldn't let Hronis speak to anyone

5     else regarding a solution.

6     17.   Defendant U.S. Bancorp intentionally or recklessly disregarded

7     the foreseeable risk that Plaintiff Hronis would suffer extreme

8     emotional distress as a result of Defendant U.S. Bancorp's conduct

9     in times of extreme credit conditions.  Defendant U.S. Bancorp used

10    the destruction of Plaintiff Hronis' personal credit as a

11    "bargaining chip" to persuade Camden to immediately perform on the

12    30 day past due bill, subjecting Hronis to a collapse of his

13    personal credit rating.

14

15

16        WHEREFORE, Plaintiff prays for judgment as follows:

17    **ON THE FIRST CAUSE OF ACTION:**

18    1. For general damages in the amount of $25,000.

19    2. For any attorney fees and costs incurred as a result of this

20       action.

21    **ON THE SECOND CAUSE OF ACTION:**

22    3. For personal credit damages in the amount of of $175,000.

23    4. For immediate removal of the U.S. Bancorp delinquency from

24    Plaintiff's credit reports as required by Section 618 of the Fair

25    Credit Reporting Act (15 U.S.C. § 1681)

26    **ON THE THIRD CAUSE OF ACTION:**

27    5. For damages in the amount of 75,000.

28    **ON ALL CAUSES OF ACTION:**

      6. For cost of suit; and

4

7. For such other and further relief as this Court may deem just and proper.


DATED: July 14, 2011


By: _Thomas Hronis_

    Thomas Hronis,

Plaintiff, In Pro Per

5

POS-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Thomas Hronis
11054 Ventura Blvd. #372
Studio City, CA 91604

TELEPHONE NO.: 323 252 4830     FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* roaps@yahoo.com
ATTORNEY FOR *(Name):* Plaintiff, Thomas Hronis, In Pro Per

**FOR COURT USE ONLY**

FILED
LOS ANGELES SUPERIOR COURT

JUL 18 2011

A. CLARKE, CLERK

BY ____ CARRILLO
DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 300 East Olive Avenue
MAILING ADDRESS: 300 East Olive Avenue
CITY AND ZIP CODE: Burbank, California 91502
BRANCH NAME: Burbank Courthouse

PLAINTIFF/PETITIONER: Thomas Hronis

DEFENDANT/RESPONDENT: U.S. Bancorp ~~ET, AL~~ *ae* a Delaware Corporation, And Does 1-10 inclusive

CASE NUMBER: EC056404

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
      U.S. Bancorp, a Delaware Corporation, And Does 1-10 inclusive

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      CT Corp, Agent for Service of Process   Margaret Wilson

4. Address where the party was served:
   818 W. Seventh Street, Los Angeles, CA 90017

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*     at *(time):*     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*     from *(city):*     or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Thomas Hronis | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: U.S. Bancorp ET. AL. | EC056404 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*           (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):*  U.S. Bancorp ET. AL.
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                           ☐ other:

7. **Person who served papers**
  a. Name: Anna Cesar
  b. Address: 11054 Ventura Blvd. #500 Studio City, CA 91604
  c. Telephone number: 323 665 8015
  d. **The fee** for service was: $ 0
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: July 18, 2011

Anna Cesar                     ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (SIGNATURE )

Lawrence P. Ebiner (CA State Bar No. 122293)
E-mail: larry.ebiner@hro.com
Jonathan G. Fetterly (CA State Bar No. 228612)
E-mail: jon.fetterly@hro.com
HOLME ROBERTS & OWEN LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Defendant
U.S. BANCORP

ORIGINAL FILED

AUG 17 2011

LOS ANGELES
SUPERIOR COURT

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

## NORTH CENTRAL DISTRICT

| | |
|---|---|
| THOMAS HRONIS, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP, A DELAWARE CORPORATION, and DOES 1 – 10 INCLUSIVE,<br><br>Defendants. | Case No. EC056404<br><br>Hon. Donna F. Goldstein, Dept. B<br><br>ANSWER TO UNVERIFIED COMPLAINT |

Defendant U.S. BANCORP ("USB") hereby answers Plaintiff Thomas Hronis' ("Plaintiff") unverified Complaint ("Complaint").

**GENERAL DENIAL**

Pursuant to California Code of Civil Procedure Section 413.30(d), USB denies, generally and specifically, each and all of the allegations in the unverified Complaint, and denies that Plaintiff is entitled to damages or relief in any amount, or of any kind, as a result of the alleged actions of USB.

/ / /

/ / /

/ / /

/ / /

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.     The Complaint and each purported cause of action alleged therein fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

### (Estoppel)

2.     The Complaint and each purported cause of action alleged therein are barred in whole or in part by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

### (Waiver)

3.     The Complaint and each purported cause of action alleged therein are barred in whole or in part by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

### (Laches)

4.     The Complaint and each purported cause of action alleged therein are barred in whole or in part by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

5.     The Complaint and each purported cause of action alleged therein are barred in whole or in part by the doctrine of unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

6.     Plaintiff did not exercise ordinary care, caution and prudence in connection with the transactions and events alleged within the Complaint, and Plaintiff is therefore barred entirely from recovery against USB or alternatively, Plaintiff should have the recovery, if any, proportionately reduced.

### SEVENTH AFFIRMATIVE DEFENSE

#### (Acts of Others)

7.     If Plaintiff sustained any loss, injury, damage or detriment, such loss, injury, damage or detriment was actually and proximately caused or contributed to by the negligence and/or careless actions or omissions to act and/or other tortious conduct and/or intentional wrongdoing of Plaintiff, or persons or entities for whose actions or omissions Plaintiff is or may have been legally responsible, and/or persons or entities other than USB.

### EIGHTH AFFIRMATIVE DEFENSE

#### (Failure to Mitigate)

8.     The causes of action alleged by Plaintiff against USB are barred, in whole or in part, by Plaintiff's failure to mitigate the damages, if any, which she may have sustained by reason of the acts described in the Complaint.

### NINTH AFFIRMATIVE DEFENSE

#### (Consent)

9.     Each cause of action in the Complaint is barred on the grounds that Plaintiff consented to the conduct and/or omissions alleged in the Complaint.

### TENTH AFFIRMATIVE DEFENSE

#### (Authorization)

10.     Plaintiff authorized each and every transaction described in the Complaint.

### ELEVENTH AFFIRMATIVE DEFENSE

#### (Ratification)

11.     Plaintiff ratified each and every transaction described in the Complaint.

### TWELFTH AFFIRMATIVE DEFENSE

#### (Statute of Limitations)

12.     Plaintiff's claims are barred by the applicable statutes of limitations, including but not limited to sections §§ 337, 338, 339, 340(a)-(e), and 343 of the California *Code of Civil Procedure*; and 15 U.S.C. § 1681p.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Justification)

13.    Plaintiff is not entitled to any relief and/or recovery from USB since any acts and/or omissions alleged in the Complaint were legally and factually justified.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Injury)

14.    Plaintiff has not suffered any compensable injury as a result of USB's alleged actions, and as a result, is not entitled to an award against USB.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (No Damage)

15.    USB has committed no act or omission causing any damage to Plaintiff.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Speculative Damage)

16.    The damages claimed by Plaintiff are speculative.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

17.    Plaintiff would be unjustly enriched if allowed to recover on the Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Private Right of Action – 15 U.S.C. § 1681s-2(d))

18.    Plaintiff's claims are barred in whole or in part by the provisions of 15 U.S.C. § 1681s-2(d) which precludes private enforcement of the Fair Credit Reporting Act.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Limitation of Liability – 15 U.S.C. § 1681s-2(c))

19.    Plaintiff's claims are barred in whole or in part by the provisions of 15 U.S.C. § 1681s-2(c) which limit liability under the Fair Credit Reporting Act.

/ / /

/ / /

/ / /

## TWENTIETH AFFIRMATIVE DEFENSE

### (No Notice of Dispute – 15 U.S.C. § 1681s-2(b))

20.     Plaintiff's claims are barred in whole or in part by the provisions of 15 U.S.C. § 1681s-2(b) which do not impose any obligations on a furnisher of information unless and until a furnisher of information has received notice of a dispute from a credit reporting agency.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Compliance with Statute – 15 U.S.C. § 1681s-2(b))

21.     Plaintiff's claims are barred in whole or in part because USB complied with its duties under the Fair Credit Reporting Act, if any.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Offset/Recoupment)

22.     Any damages otherwise recoverable by Plaintiff is offset, in whole or in part, by amounts owed to USB, and USB is entitled to recoup such amount.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Reservation of Rights to Assert Additional Defenses)

23.     USB has not knowingly or intentionally waived any applicable defenses and reserves the right to assert and rely on such other applicable defenses as may become available or apparent during its investigation and discovery in this matter.  USB further reserves the right to amend their answer and defenses accordingly

Dated:  August 17, 2011

HOLME ROBERTS & OWEN LLP

By:   _____
Lawrence P. Ebiner
Jonathan G. Fetterly
Attorneys for Defendant
U.S. BANCORP

1
2

**PROOF OF SERVICE**
1013 A(3) CCP REVISED 5/1/88

3  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4          I am employed in the County of Los Angeles, State of California. I am over the age of 18
5  and not a party to the within action. My business address is 800 West Olympic Boulevard, 4th Floor,
   Los Angeles, CA 90015.

6

7          On August 17, 2011, served the foregoing document described as **ANSWER TO
   UNVERIFIED COMPLAINT** on the interested party in this action by placing a true and correct
8  copy thereof enclosed in a sealed envelope addressed as follows:

9                          **SEE ATTACHED SERVICE LIST**

10         ☒      BY MAIL: I am "readily familiar" with the firm's practice of collection and
11 processing correspondence for mailing. Under that practice it would be deposited with U.S. postal
   service on that same day with postage thereon fully prepaid at Los Angeles, California in the
12 ordinary course of business. I am aware that on motion of the party served, service is presumed
   invalid if postal cancellation date or postage meter date is more than one day after date of deposit for
13 mailing in affidavit.

14         ☐      BY PERSONAL SERVICE: I caused the above-mentioned document to be
15 personally served to the offices of the addressee.

16         ☐      BY FACSIMILE: I communicated such document via facsimile to the
17 addressee as indicated on the attached service list.

18         ☐      BY FEDERAL EXPRESS: I caused said document to be sent via Federal
   Express to the addressee as indicated on the attached service list.
19

20         ☐      BY ELECTRONIC MAIL: I communicated such document via electronic
   mail to the addressee on the attached service list.
21

22         Executed on August 17, 2011, at Los Angeles, California.

23         **X**      (STATE) I declare under penalty of perjury under the laws of the State of
   California that the above is true and correct.
24

25         _____

26                          GERI ANDERSON

27

28

                          PROOF OF SERVICE

1

## **SERVICE LIST**

2  Thomas Hronis                                    *In Pro Per*
3  11054 Ventura Boulevard, #372
   Studio City, CA 91604
4  Phone: (323) 252-4830
   Email: roaps@yahoo.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

CM-180

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Thomas John Hronis (in Pro Per)
11054 Ventura Blvd. #372
Studio City, CA 91604
TELEPHONE NO.: 323-252-4830   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

| FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 300 East Olive Avenue
MAILING ADDRESS: 300 East Olive Avenue
CITY AND ZIP CODE: Burbank 91502
BRANCH NAME: Burbank Courthouse

PLAINTIFF/PETITIONER:  Thomas Hronis

DEFENDANT/RESPONDENT:  US Bancorp

| | |
|---|---|
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:   EC056404 |
| | JUDGE:   William Stewart |
| | DEPT.:   A |

**To the court and to all parties:**

1.  Declarant  *(name):* Thomas Hronis

   a. ☐  is  ☑  the party  ☐  the attorney for the party  who requested or caused the stay.

   b. ☐  is  ☑  the plaintiff or petitioner  ☐  the attorney for the plaintiff or petitioner. The party who requested the stay
      has not appeared in this case or is not subject to the jurisdiction of this court.

2.  This case is stayed as follows:

   a. ☑  With regard to all parties.

   b. ☐  With regard to the following parties *(specify by name and party designation):*

3.  Reason for the stay:

   a. ☑  Automatic stay caused by a filing in another court.  *(Attach a copy of the Notice of Commencement of Case, the
      bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number,
      debtor, and petitioners.)*

   b. ☐  Order of a federal court or of a higher California court.  *(Attach a copy of the court order.)*

   c. ☐  Contractual arbitration under Code of Civil Procedure section 1281.4.  *(Attach a copy of the order directing
      arbitration.)*

   d. ☐  Arbitration of attorney fees and costs under Business and Professions Code section 6201.  *(Attach a copy of the
      client's request for arbitration showing filing and service.)*

   e. ☐  Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Thomas John Hronis
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ *Thomas Hronis*
_____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

Case 11-40990   Doc 9   Filed 10/11/11   Entered 10/11/11 15:51:54   Desc 341Mtg
Chap7/Ind No Assets   Page 1 of 2

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)                    Case Number 11-40990

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 9, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas J Hronis
552 Exmoor Rd.
Kenilworth, IL 60043

| Case Number:  11-40990<br>Office Code:    1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx-xx-0362 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>David H Cutler<br>Cutler & Associates, Ltd.<br>8430 Gross Point Rd, Ste 201<br>Skokie, IL 60077<br>Telephone number:  847 673-8600 | Bankruptcy Trustee (name and address):<br>Joseph A Baldi Tr<br>Baldi Berg & Wallace, Ltd.<br>19 S Lasalle Street Suite 1500<br>Chicago, IL 60603<br>Telephone number:  312-726-8150 |

## Meeting of Creditors:

Date:  **November 10, 2011**                    Time:  **12:30 PM**

Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

### The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: January 9, 2012**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1-866-222-8029 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM –4:30 PM | Date:  October 11, 2011 |

## EXPLANATIONS

B9A (Official Form 9A) (12/10)

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Presumption of Abuse** | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## — Refer to Other Side for Important Deadlines and Notices —

**PROOF OF SERVICE**

1  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

2      I, Anna Cesar, am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is:

3                          11054 Ventura Blvd. #500
                            Studio City, CA 91604

4      On December 2, 2011, I served the foregoing document described as:

5  *Notice of Stay of Proceedings*

6  on all interested parties in this action by placing [ X ] a true copy [ ] the original thereof enclosed in sealed envelope(s), at Los Angeles, California, addressed as follows:

7

8  Lawrence Ebiner
   HRO

9  800 West Olympic, 4th Floor,
   Los Angeles, CA 90015

10 Larry.ebiner@hro.com

11 [X] **BY REGULAR MAIL**:  I deposited such envelope in the mail at Los Angeles, California.

12 The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it

13 would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on

14 motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

15

16 [] **BY ELECTRONIC TRANSMISSION** - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail

17 address(es) indicated.

18 [ ] **BY OVERNIGHT DELIVERY** - I arranged for the following: delivery by FedEx, Burbank branch, for overnight delivery by the next business day, payment of all amounts necessary for delivery and deposit of the document with FedEx.

19

20 [X] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21 [ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

22      Executed on December 2, 2011, at Los Angeles, CA, California.

23

24                                             _____
                                               Anna Cesar

25

26

27

28

**PROOF OF SERVICE –**

1   Lawrence P. Ebiner (CA State Bar No. 122293)
    E-mail: larry.ebiner@hro.com
2   Jonathan G. Fetterly (CA State Bar No. 228612)
    E-mail: jon.fetterly@hro.com
3   HOLME ROBERTS & OWEN LLP
    800 West Olympic Blvd., 4th Floor
4   Los Angeles, CA  90015
    Telephone:   (213) 572-4300
5   Facsimile:   (213) 572-4400
6
7   Attorneys for Defendant
    U.S. BANCORP
8
9                    SUPERIOR COURT OF CALIFORNIA
10                     COUNTY OF LOS ANGELES
11                     NORTH CENTRAL DISTRICT
12   THOMAS HRONIS, AN INDIVIDUAL,          Case No. EC056404
13                   Plaintiff,             Hon. Donna F. Goldstein, Dept. B
14        v.                                **NOTICE OF RULING**
15   U.S. BANCORP, A DELAWARE
     CORPORATION, and DOES 1 – 10
16   INCLUSIVE,
17                   Defendants.
18
19
20
21
22
23
24
25
26
27
28

**COPY**

ORIGINAL FILED

DEC 15 2011

LOS ANGELES
SUPERIOR COURT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that on December 5, at 8:30 a.m., in Department NCBA in the above entitled court the scheduled Case Management Conference ("CMC") came on for hearing, the Honorable William Stewart presiding.  Jonathan G. Fetterly appeared on behalf of U.S. Bancorp. Plaintiff did not appear.  The Court ruled as follows:

    1. The CMC is continued to January 23, 2012.

    2. Defendant is to submit a memorandum of points and authorities regarding Plaintiff's bankruptcy case and the Court's ability to proceed with this case.

Dated:  December 15, 2011

                                    HOLME ROBERTS & OWEN LLP

                                      By:    _____
                                                  Lawrence P. Ebner
                                                  Jonathan G. Fetterly
                                                  Attorneys for Defendant
                                                  U.S. BANCORP

PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 800 West Olympic Boulevard, 4th Floor, Los Angeles, CA 90015.

On December 15, 2011, served the foregoing document described as **NOTICE OF RULING** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

&boxtimes;   BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   BY PERSONAL SERVICE:  I caused the above-mentioned document to be personally served to the offices of the addressee.

☐   BY FACSIMILE:  I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐   BY FEDERAL EXPRESS:  I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☐   BY ELECTRONIC MAIL:  I communicated such document via electronic mail to the addressee on the attached service list.

Executed on December 15, 2011, at Los Angeles, California.

**X**   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
GERI ANDERSON

1

## SERVICE LIST

2

Thomas Hronis                          *In Pro Per*
3    11054 Ventura Boulevard, #372
Studio City, CA  91604
4    Phone: (323) 252-4830
Email: roaps@yahoo.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

ORIGINAL FILED

JAN -9 2012

LOS ANGELES
SUPERIOR COURT

1   Lawrence P. Ebiner (CA State Bar No. 122293)
    E-mail: larry.ebiner@bryancave.com
2   Jonathan G. Fetterly (CA State Bar No. 228612)
    E-mail: jon.fetterly@bryancave.com
3   BRYAN CAVE LLP
    800 West Olympic Blvd., 4th Floor
4   Los Angeles, CA 90015
5   Telephone: (213) 572-4300
    Facsimile: (213) 572-4400
6

7   Attorneys for Defendant
    U.S. BANCORP

8

9                 SUPERIOR COURT OF CALIFORNIA

10                   COUNTY OF LOS ANGELES

11                   NORTH CENTRAL DISTRICT

12

13   THOMAS HRONIS, AN INDIVIDUAL,     Case No. EC056404

14            Plaintiff,         Hon. William Stewart, Dept. NCBA

15       v.
                          **NOTICE OF CHANGE OF FIRM NAME**
16   U.S. BANCORP, A DELAWARE         **FROM HOLME ROBERTS & OWEN LLP**
    CORPORATION, and DOES 1 – 10      **TO BRYAN CAVE LLP**
17   INCLUSIVE,

18           Defendants.       Date: December 23, 2011
                           Time: 8:30 a.m.
19                            Location: Dept. NCBA

20

21

22

23

24

25

26

27

28

FAXED

                         NOTICE OF CHANGE OF FIRM NAME

TO THE COURT, PLAINTIFF, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective January 1, 2012, Holme Roberts & Owen LLP, counsel of record for Defendant U.S. Bancorp, has combined with Bryan Cave LLP. Accordingly, all future references to the firm formerly known as Holme Roberts & Owen LLP in this matter should be to Bryan Cave LLP. The address, telephone and facsimile numbers will remain the same. Lawyers' email addresses have changed to the form indicated in the above caption.

Please change all future pleadings, notices, and correspondence to reflect this new firm name.

Dated: January 6, 2012

BRYAN CAVE LLP

By: _____
Lawrence P. Ebiner
Jonathan G. Fetterly
Attorneys for Defendant
U.S. BANCORP

NOTICE OF CHANGE OF FIRM NAME

PROOF OF SERVICE
1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 West Olympic Boulevard, 4th Floor, Los Angeles, CA 90015.

On January 9, 2012, served the foregoing document described as **NOTICE OF CHANGE OF FIRM NAME FROM HOLME ROBERTS & OWEN LLP TO BRYAN CAVE LLP** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☐ BY ELECTRONIC MAIL: I communicated such document via electronic mail to the addressee on the attached service list.

Executed on January 9, 2012, at Los Angeles, California.

**X** (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
TRACY MASON

PROOF OF SERVICE

1

## SERVICE LIST

Thomas Hronis                                    *In Pro Per*
11054 Ventura Boulevard, #372
Studio City, CA  91604
Phone: (323) 252-4830
Email: roaps@yahoo.com



1  Lawrence P. Ebiner (CA State Bar No. 122293)
2  E-mail: larry.ebiner@bryancave.com
   Jonathan G. Fetterly (CA State Bar No. 228612)
3  E-mail: jon.fetterly@bryancave.com
   BRYAN CAVE LLP
4  800 West Olympic Blvd., 4th Floor
   Los Angeles, CA  90015
5  Telephone:  (213) 572-4300
6  Facsimile:   (213) 572-4400

7  Attorneys for Defendant
   U.S. BANCORP

8

ORIGINAL FILED

MAR - 1 2012

LOS ANGELES
SUPERIOR COURT

9              SUPERIOR COURT OF CALIFORNIA

10              COUNTY OF LOS ANGELES

11              NORTH CENTRAL DISTRICT

12  THOMAS HRONIS, AN INDIVIDUAL,      Case No. EC056404

13              Plaintiff,             Hon. William Stewart, Dept. NCBA

14       v.
                                       **NOTICE OF RULING RE CASE**
15  U.S. BANCORP, A DELAWARE           **MANAGEMENT CONFERENCE**
    CORPORATION, and DOES 1 – 10
16  INCLUSIVE,                         Date:  February 17, 2012
17              Defendants.            Time: 8:30 a.m.
                                       Location: Dept. NCBA
18

19

20

21

22       PLEASE TAKE NOTICE that on February 27, 2012, at 8:30 a.m., in Department NCBA in

23  the above Court, the scheduled Case Management Conference came on for hearing.  Plaintiff, in pro

24  per, appeared telephonically.  Attorney Jonathan Fetterly appeared telephonically for Defendant U.S.

25  Bancorp ("Defendant").  The Court referred the case to mediation and set the following dates:

26       • Mediation Completion: June 4, 2012

27       • Post-Mediation Status Conference: June 7, 2012, at 8:30 a.m. in Dept. NCBA

28       • Final Status Conference: November 28, 2012, at 8:30 a.m. in Dept. NCBA

1      • Jury Trial: December 3, 2012, at 8:30 a.m. in Dept. NCBA.

2    The Court ordered Defendant's counsel to give notice and to arrange for the filing of the ADR forms

3    with the Court's ADR office.

4

5    Dated:  February 29, 2012                          BRYAN CAVE LLP

6

7

8                                                       By: _____
                                                            Lawrence P. Ebiner
9                                                           Jonathan G. Fetterly
                                                            Attorneys for Defendant
10                                                          U.S. BANCORP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
NOTICE OF RULING

**PROOF OF SERVICE**

**1013 A(3) CCP REVISED 5/1/88**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 West Olympic Boulevard, 4th Floor, Los Angeles, CA 90015.

On February 29, 2012, served the foregoing document described as **NOTICE OF RULING RE CASE MANAGEMENT CONFERENCE** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒      BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐      BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐      BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐      BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☐      BY ELECTRONIC MAIL: I communicated such document via electronic mail to the addressee on the attached service list.

Executed on February 29, 2012, at Los Angeles, California.

**X**      (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
GERI ANDERSON

---

PROOF OF SERVICE

1

2

## **SERVICE LIST**

3    *In Pro Per*

Thomas Hronis
11054 Ventura Boulevard, #372

4    Studio City, CA  91604
Phone: (323) 252-4830

5    Email: roaps@yahoo.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1   Thomas Hronis [Plaintiff, In Pro Per]
    11054 Ventura Blvd. # 372
2   Studio City, CA 91604

3   Email: roaps@yahoo.com

4

5

6

7                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

8   COUNTY OF LOS ANGELES – NORTH CENTRAL DISTRICT, BURBANK COURTHOUSE

9

10

11  THOMAS HRONIS, an Individual,          CASE NO.   EC056404

12         Plaintiff,

13         vs.
                                           **AMENDMENT TO COMPLAINT:**
14  U.S. BANCORP, a Delaware Corporation,  **DOE 1 – U. S. BANK, N.A**
    and DOES 1-10
15
           Defendants
16

17

18

19

20

21         COMES NOW PLAINTIFF, THOMAS HRONIS, an Individual ("Plaintiff"), who files

22  this Amendment to its COMPLAINT FOR: BREACH OF CONTRACT, NEGLIGENT

23  VIOLATION OF FAIR CREDIT REPORTING ACT, INTENTIONAL INFLICTION OF

24  EMOTIONAL DISTRESS and DOES 1 through 10, inclusive ("Complaint") as follows:

25         Upon filing the Complaint in this case, Plaintiff, being ignorant of the true name of

26  defendant, designated such defendant in the Complaint by the fictitious name of DOE 1.

27  ///

28  ///

Having discovered the defendant's true name to be U.S. BANK, N.A., an entity of unknown form, the Plaintiff now amends the Complaint by inserting such true name instead of such fictitious name, DOE 1, wherever it appears in the Complaint.

DATED: May 22nd, 2012

By: _Thomas Hronis_
THOMAS HRONIS

PLAINTIFF, In Pro Per

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 06/07/12

DEPT. NC A

HONORABLE WILLIAM D. STEWART      JUDGE | R. HERNANDEZ      DEPUTY CLERK

HONORABLE                          JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR
J. LARSEN, COURTROOM ASST.
#3                                 Deputy Sheriff | P. E. NISOTIS, CSR#12625    Reporter

8:30 am | EC056404

THOMAS HRONIS(X/CC)
VS
US BANCORP

| Plaintiff IN PRO PER
Counsel

Defendant JON FETTERLY(X/CC)
Counsel

**NATURE OF PROCEEDINGS:**

POST-MEDIATION STATUS CONFERENCE

Post Mediation Status Conference is called for hearing
and held.  Mediation not held.  New Doe just named and
Amendment filed.

A Mandatory Settlement Conference is set on
October 25, 2012 at 9:00 a.m., in Department 003 of
the Northcentral District - Glendale Courthouse
located at 600 E. Broadway, Glendale, California.
Mandatory Settlement Conference and Judge's Settle-
ment Conference form filed.

Final Status Conference set on November 28, 2012 and
Jury Trial set on December 03, 2012 to stand.

A copy of this minute order and
Mandatory Settlement Conference and Judge's Settlement
Conference in Department 3 form are mailed to parties
as follows:

Thomas Hronis
In Pro Per
11054 Ventura Blvd., #372
Studio City, CA 91604

Lawrence P. Ebiner, Esq.

Page   1 of   2   DEPT. NC A

MINUTES ENTERED
06/07/12
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 06/07/12 | **DEPT.** NC A |
| HONORABLE WILLIAM D. STEWART      JUDGE | R. HERNANDEZ     DEPUTY CLERK |
| HONORABLE        JUDGE PRO TEM<br>J. LARSEN, COURTROOM ASST.<br>     #3             Deputy Sheriff | ELECTRONIC RECORDING MONITOR<br><br>P. E. NISOTIS, CSR#12625    Reporter |

| | | |
|---|---|---|
| 8:30 am | EC056404<br><br>THOMAS HRONIS(X/CC)<br>VS<br>US BANCORP | Plaintiff<br>Counsel     IN PRO PER<br><br>Defendant    JON FETTERLY(X/CC)<br>Counsel |

**NATURE OF PROCEEDINGS:**

Jonathan G. Fetterly, Esq.
Bryan Cave LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015

Page   2 of   2   DEPT. NC A

MINUTES ENTERED
06/07/12
COUNTY CLERK

FILED
LOS ANGELES
SUPERIOR COURT

JUN 07 2012

JOHN A. CLARKE, CLERK

BY R. HERNANDEZ, DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| Hronis Plaintiff(s), v. US Bancorp Defendant(s). | CASE NUMBER: EC 056404 |
|---|---|
| | MANDATORY SETTLEMENT CONFERENCE AND JUDGE'S SETTLEMENT CONFERENCE IN DEPARTMENT 3 |

**1.) Settlement Conference**

A Mandatory Settlement Conference or a Judge's Settlement Conference is set before Judge John P. Doyle on _____ in Department 3. Once a Mandatory Settlement Conference or Judge's Settlement Conference has been scheduled, the date may not be changed.

**2.) Attendant**

Trial counsel and persons with full authority to settle the case must personally attend the conference unless excused by the court for good cause. If consent to settle is required for any reason, the party with consensual authority must be personally present at the conference. Trial counsel for all parties appearing in the action must be fully prepared to discuss the evidence involving both liability and damages.

**3.) Settlement Conference Statement**

Each party must submit to Judge John P. Doyle, but not file with the Court, and serve on the other party/parties a settlement conference statement on the day of the settlement conference. The settlement conference statement must contain: a good faith settlement demand, an itemization of economic and non-economic damages sought by each plaintiff; a good faith offer of settlement by each defendant; a statement identifying and discussing in detail all facts and law pertinent to the issues of liability and damages involved in the case as to the party; and shall be limited to no more than 5 pages in length.

**4) Settlement Prior to Settlement Conference**

If the case is settled, all parties must notify the assigned court department immediately. If a case settles within 5 days prior to the scheduled settlement conference, plaintiff's counsel or plaintiff shall immediately send a copy of written notice of settlement to the assigned court department.

1  Thomas Hronis [Plaintiff, In Pro Per]
   11054 Ventura Blvd. # 372
2  Studio City, CA 91604
3  Email: roaps@yahoo.com

**FILED**
LOS ANGELES SUPERIOR COURT

JUN 1 4 2012

JOHN A. CLARKE, CLERK
BY PATRICIA VALLE, DEPUTY

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8  COUNTY OF LOS ANGELES – NORTH CENTRAL DISTRICT, BURBANK COURTHOUSE

| | |
|---|---|
| THOMAS HRONIS, an Individual, | CASE NO.   EC056404 |
|     Plaintiff, | |
| vs. | **AMENDMENT TO COMPLAINT:** |
| U.S. BANCORP, a Delaware Corporation, and DOES 1-10 | **DOE 1 – U. S. BANK, N.A.** |
|     Defendants | |

21         COMES NOW PLAINTIFF, THOMAS HRONIS, an Individual ("Plaintiff"), who files

22  this Amendment to its COMPLAINT FOR: BREACH OF CONTRACT, NEGLIGENT

23  VIOLATION OF FAIR CREDIT REPORTING ACT, INTENTIONAL INFLICTION OF

24  EMOTIONAL DISTRESS and DOES 1 through 10, inclusive ("Complaint") as follows:

25         Upon filing the Complaint in this case, Plaintiff, being ignorant of the true name of

26  defendant, designated such defendant in the Complaint by the fictitious name of DOE 1.

27  ///

28  ///

1         Having discovered the defendant's true name to be U.S. BANK, N.A., an entity of

2    unknown form, the Plaintiff now amends the Complaint by inserting such true name instead of

3    such fictitious name, DOE 1, wherever it appears in the Complaint.

4

     DATED: May 22, 2012

5

6

7    By:     *Thomas Hronis*

           THOMAS HRONIS

8

       PLAINTIFF, In Pro Per

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Thomas Hronis [Plaintiff, In Pro Per]<br>11054 Ventura Blvd. # 372<br>Studio City, CA 91604<br><br>TELEPHONE NO.: (323) 252-4830    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* Email: roaps@yahoo.com<br>ATTORNEY FOR *(Name):* | ORIGINAL FILED<br>JUN 15 2012<br>LOS ANGELES<br>SUPERIOR COURT |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS:    300 East Olive Avenue
MAILING ADDRESS:
CITY AND ZIP CODE:   Los Angeles, CA 91502
BRANCH NAME:   North Central District, Burbank Courthouse

| PLAINTIFF/PETITIONER: THOMAS HRONIS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: U.S. BANCORP | EC056404 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    a. [✓] summons
    b. [✓] complaint
    c. [✓] Alternative Dispute Resolution (ADR) package
    d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ] cross-complaint
    f. [✓] other *(specify documents):* AMENDMENT TO COMPLAINT: DOE 1 – U. S. BANK, N.A.

3.  a. Party served *(specify name of party as shown on documents served):*
       Doe #1 (U.S. Bank, N.A.)

    b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4.  Address where the party was served:  5454 Hollywood Blvd., Los Angeles, CA 90027

5.  I served the party *(check proper box)*
    a. [✓]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 6-15-12   (2) at *(time):* 1:50 P.M.
    b. [ ]  **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

       (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or [ ] a declaration of mailing is attached.

       (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: THOMAS HRONIS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: U.S. BANCORP | EC056404 |

5.   c.   ☐   **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*               (2) from *(city):*

      (3)   ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me.   *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4)   ☐   to an address outside California with return receipt requested.   (Code Civ. Proc., § 415.40.)

  d.   ☐   **by other means** *(specify means of service and authorizing code section):*

      ☐   Additional page describing service is attached.

6.   The "Notice to the Person Served" (on the summons) was completed as follows:
  a.   ☐   as an individual defendant.
  b.   ☑   as the person sued under the fictitious name of *(specify):*  Doe #1 (U.S. Bank, N.A.)
  c.   ☐   as occupant.
  d.   ☐   On behalf of *(specify):*
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐  416.10 (corporation) | ☐  415.95 (business organization, form unknown) |
| ☐  416.20 (defunct corporation) | ☐  416.60 (minor) |
| ☐  416.30 (joint stock company/association) | ☐  416.70 (ward or conservatee) |
| ☐  416.40 (association or partnership) | ☐  416.90 (authorized person) |
| ☐  416.50 (public entity) | ☐  415.46 (occupant) |
| | ☐  other: |

7.   **Person who served papers**
  a.   Name:  Anna Cesar
  b.   Address:  11054 Ventura Blvd., #500, Studio City, CA 91604
  c.   Telephone number:  213-422-4995
  d.   The fee for service was:  $ 0.00
  e.   I am:

    (1)   ☑   not a registered California process server.
    (2)   ☐   exempt from registration under Business and Professions Code section 22350(b).
    (3)   ☐   a registered California process server:
      (i)   ☐   owner   ☐  employee   ☐   independent contractor.
      (ii)   Registration No.:
      (iii)   County:

8.   ☑   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.   ☐   I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  6-15-12

_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶  _____
(SIGNATURE )

# EXHIBIT B

1  Lawrence P. Ebiner (CA State Bar No. 122293)
2  E-mail: larry.ebiner@bryancave.com
   Jonathan G. Fetterly (CA State Bar No. 228612)
3  E-mail: jon.fetterly@bryancave.com
4  Patrick J. Hagan (CA State Bar No. 266237)
   Patrick.hagan@bryancave.com
5  BRYAN CAVE LLP
6  800 West Olympic Boulevard, 4th Floor
   Los Angeles, California  90015
7  Telephone:  (213) 572-4300
8  Facsimile:  (213) 572-4400

9
   Attorneys for Defendants
10 U.S. BANCORP and U.S. BANK N.A.

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14                          WESTERN DIVISION

15

| | |
|---|---|
| 16  THOMAS HRONIS, AN INDIVIDUAL, | CASE NO.: |
| 17 | |
| 18              Plaintiff, | LOS ANGELES COUNTY SUPERIOR |
| 19       v. | COURT CASE NO.: EC056404 |
| 20  U.S. BANCORP, A DELAWARE | **DECLARATION OF JONATHAN G.** |
| 21  CORPORATION, and DOES 1 – 10 | **FETTERLY IN SUPPORT OF** |
|     INCLUSIVE, | **REMOVAL OF CIVIL ACTION TO** |
| 22 | **UNITED STATES DISTRICT COURT** |
| 23              Defendants. | **PURSUANT TO 28 U.S.C. SECTIONS** |
| 24 | **1441, 1446 (SUBJECT MATTER and** |
| 25 | **DIVERSITY)** |

26

27

28

## DECLARATION OF JONATHAN G. FETTERLY

I, JONATHAN G. FETTERLY, declare:

I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court, Central District of California.  I am an associate with the law firm of Bryan Cave LLP, counsel of record for defendants U.S. Bancorp and U.S. Bank N.A. (collectively "Defendants").  Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

1. Since 2008, I have represented U.S. Bancorp and/or U.S. Bank N.A. in over fifty (50) cases pending throughout the state of California in the California Superior Courts and United States District Courts, and also in arbitration before the American Arbitration Association.  I have visited U.S. Bank N.A. and U.S. Bancorp's offices in Minneapolis, Minnesota.  On numerous occasions, and in numerous cases, I have worked directly with U.S. Bancorp and U.S. Bank N.A. to address issues relating to their legal entity status.  I am familiar with U.S. Bancorp and U.S. Bank N.A.'s status as legal entities.  I am familiar with U.S. Bancorp's subsidiary entities, one of which is U.S. Bank N.A.

2. U.S. Bancorp is a corporation organized under the laws of the State of Delaware.  U.S. Bancorp's corporate headquarters is located at 800 Nicollet Mall, Minneapolis, Minnesota.  U.S. Bancorp's principle place of business is Minneapolis, Minnesota.

3. U.S. Bank N.A. is a national banking association organized under the laws of the United States.  It is a wholly owned subsidiary of U.S. Bancorp.  U.S. Bank's main office is located at 425 Walnut Street, Cincinnati, Ohio.  Its principal place of business is Minneapolis, Minnesota.

/ / /

/ / /

4.      Plaintiff Tom Hronis commenced this action on July 15, 2011, by filing his Complaint in California Superior Court, County of Los Angeles.  Until recently, Mr. Hronis represented himself in *pro per*.  On June 29, 2012, Plaintiff filed a Substitution of Attorney whereby attorney Joseph A. Cardella (CA SBN 185524) substituted as counsel of record for Mr. Hronis.

5.      Prior to Mr. Cardella's substitution as Mr. Hronis' counsel of record, Mr. Hronis' address of record was 11054 Ventura Blvd., #372, Studio City, California 91604.  On July 13, 2012, I performed an internet search for this address.  According to the search it appears this address is a business called Universal Pack-N-Mail, which appears to be a Fed Ex and Post Office location.

6.      During the course of this lawsuit I have communicated directly with Mr. Hronis, including communications via telephone, letter and email, and I have attended court hearings at which Mr. Hronis appeared.  Mr. Hronis has stated on more than one occasion that he currently resides in Illinois.  Mr. Hronis also filed a document in the State Action that identifies his address as 552 Exmoor Rd., Kenilworth, Illinois 60043.  This document is attached as an exhibit to a Notice of Stay of Proceedings filed by Mr. Hronis on December 2, 2011, a true and correct copy of which is submitted by U.S. Bank N.A. with the pleadings and process from the State Action in support of its Notice of Removal.

7.      I am not aware of any address for Mr. Hronis other than his addresses in Studio City, California and Kenilworth, Illinois.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on the 13th day of July, 2012 in Los Angeles, California.

_____
JONATHAN G. FETTERLY

DECLARATION OF JONATHAN G. FETTERLY IN SUPPORT OF
NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1441 AND 1446

# EXHIBIT C

1   Lawrence P. Ebiner (CA State Bar No. 122293)
    E-mail: larry.ebiner@bryancave.com
2   Jonathan G. Fetterly (CA State Bar No. 228612)
    E-mail: jon.fetterly@bryancave.com
3   Patrick J. Hagan (CA State Bar No. 266237)
4   Patrick.hagan@bryancave.com
    BRYAN CAVE LLP
5   800 West Olympic Boulevard, 4th Floor
6   Los Angeles, California 90015
    Telephone: (213) 572-4300
7   Facsimile: (213) 572-4400

8   Attorneys for Defendants
9   U.S. BANCORP and U.S. BANK N.A.

10

11                SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                      FOR THE COUNTY LOS ANGELES

13                         NORTH CENTRAL DISTRICT

14

15  THOMAS HRONIS, AN INDIVIDUAL,          CASE NO.: EC056404

16                    Plaintiff,           **NOTICE TO ADVERSE PARTY OF**
                                           **REMOVAL OF CIVIL ACTION TO**
17         v.                              **UNITED STATES DISTRICT COURT**
                                           **PURSUANT TO 28 U.S.C. SECTIONS 1441,**
18                                         **1446 (SUBJECT MATTER and DIVERSITY)**
    U.S. BANCORP, A DELAWARE
19  CORPORATION, and DOES 1 - 10
20  INCLUSIVE,

21                    Defendants.

22

23

24

25

26

27

28

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant U.S. Bank N.A. filed a Notice of Removal in this action in the United States District Court for the Central District of California on July 13, 2012, under case number _____. This notice of filing the removal will serve to complete the removal of this case to federal court and preclude further proceedings in this action in the Superior Court of California, County of Los Angeles. A copy of the Notice of Removal is attached hereto as Exhibit 1, and incorporated herein by reference.

Dated: July 13, 2012

BRYAN CAVE LLP

By: _____

Lawrence P. Ebiner
Jonathan G. Fetterly
Patrick J. Hagan
Attorneys for Defendants U.S. BANCORP and U.S. BANK N.A.

NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1441 AND 1446

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV12- 6076 JFW (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X]** **Western Division** 312 N. Spring St., Rm. G-8 Los Angeles, CA 90012 | **[ ]** **Southern Division** 411 West Fourth St., Rm. 1-053 Santa Ana, CA 92701-4516 | **[ ]** **Eastern Division** 3470 Twelfth St., Rm. 134 Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
THOMAS HRONIS, AN INDIVIDUAL

**DEFENDANTS**
U.S. BANCORP, A DELAWARE CORPORATION, and DOES 1 - 10 INCLUSIVE

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Cook County, Illinois

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Joseph A. Cardella

3324 Seaclaire Drive
Rancho Palos Verdes, CA 90275

Phone (310) 595-4482

Attorneys (If Known)

Lawrence P. Ebiner (SBN 122293)

Jonathan G. Fetterly (SBN 228612)
BRYAN CAVE LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015          Phone (213) 572-4300

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT: $** 275,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. Alleged violation of statute.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number:   **CV12-06076**

CV-71 (07/05)                    **CIVIL COVER SHEET**                    Page 1 of 2

American LegalNet, Inc.
www.USCourtForms.com

CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s):_____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)

☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

On information and belief, Plaintiff resides in Illinois.

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).

☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Defendant U.S. Bancorp: Delaware and Minnesota

Defendant U.S. Bank National Association: Ohio

**List the California County,** or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)

**Note:** In land condemnation cases, use the location of the tract of land involved.

Plaintiff alleges the contract and obligations, which are the basis for his action, were entered into and were to be performed in the County of Los Angeles, California. (Complaint ¶ 2).

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Jonathan G. Fetterly, Esq. Date July 13, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.USCourtForms.com